IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RICKEY BONES, JR.**                                                          **PLAINTIFF**

v.                      Case No.  2:14-cv-00139 KGB

**JOHN AND JANE DOES 1-10,**
**CITY OF MARVELL and VINCENT BELL,**
**individually and in his official capacity as**
**Chief of Police for the City of Marvell**                        **DEFENDANTS**

## JUDGMENT

      Consistent with the Order entered on this same date and the Court's prior Order dated February 5, 2016, it is hereby ordered and adjudged that plaintiff Rickey Bones, Jr.'s, complaint and amended complaint are dismissed (Dkt. Nos. 1, 17, 33).  Mr. Bones's federal law claims are dismissed with prejudice and Mr. Bones's state law claims are dismissed without prejudice.  The relief requested is denied.

      It is so ordered this 7th day of November, 2016.


_____
Kristine G. Baker
United States District Judge